RECEIVED
JUL 27 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ADAM BRENT WALLACE | : | DOCKET NO. 18-cv-0018 |
| | | SECTION P |
| VERSUS | : | JUDGE DRELL |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

After an independent determination of the issues and review of the record, and noting the lack of objections, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that defendant Mary Thomas's Motion to Dismiss [doc. 22] be **DENIED**, without prejudice to any party's right to seek this relief through a Motion for Summary Judgment.

**THUS DONE AND SIGNED** in Chambers this 27 day of July, 2018.

DEE D DRELL
UNITED STATES DISTRICT JUDGE