UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ADAM BRENT WALLACE<br>REG. #219036 | : | CIVIL ACTION NO. 2:18-cv-0018 |
| VERSUS | : | JUDGE JAMES |
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 55] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Dismiss [doc. 49] be **DENIED**, that the individual defendants' Motion for Summary Judgment [doc. 49] be **GRANTED**, and that the government's Motion for Summary Judgment [doc. 48] also be **GRANTED**, resulting in the dismissal of all claims in this matter with prejudice.

**THUS DONE AND SIGNED** in Chambers this 3rd day of April, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE